TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






ON MOTION FOR REHEARING









NO. 03-07-00689-CV






Crandall Medical Consulting Services, Inc., Appellant


v.


John A. Harrell, Appellee






FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT

NO. C2007-0109C, HONORABLE JACK H. ROBISON, JUDGE PRESIDING





O R D E R


 

PER CURIAM


 Crandall Medical Consulting Services, Inc., has filed a motion for rehearing. The
motion is denied. 


 It is ordered March 4, 2009.




Before Justices Patterson, Waldrop and Henson

 Dissenting opinion by Justice Waldrop